1 Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
2 MCLETCHIE SHELL LLC
3 701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
4 Telephone: (702) 728-5300
Fax: (702) 425-8220
5 Email: maggie@nvlitigation.com
6 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY SHAW,<br><br>Plaintiff,<br><br>vs.<br><br>NP SANTA FE, LLC DBA SANTA FE STATION HOTEL & CASINO, a Nevada Limited Liability Company; STATION CASINOS, LLC, a Nevada Limited Liability Company; and RED ROCK RESORTS, INC., a Delaware corporation,<br><br>Defendants. | Case. No.: 2:18-cv-00515-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff TONY SHAW ("Plaintiff") and Defendants NP SANTA FE, LLC DBA SANTA FE STATION HOTEL & CASINO, STATION CASINOS, LLC, AND RED ROCK RESORTS, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 9) Plaintiff's Amended Complaint (ECF No.8) filed on July 30, 2018 by thirty (30) days from the current deadline of August 13, 2018 up to and including September 12, 2018. This is the first stipulation for extension of time to file response.

/ / /

/ / /

1

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to competing deadlines, including an answering brief in *Clark County Office of the Coroner/ Medical Examiner v. Las Vegas Review-Journal*, Nevada Supreme Court Case No. 74604, due on August 13, 2018. Counsel for Plaintiff also has a settlement conference set for August 14, 2018 in *Las Vegas Review-Journal v. City of Henderson*, Nevada Supreme Court Case No. 75407.

The parties are also actively discussing potential settlement resolution, and wish to avoid incurring unnecessary fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 9) Plaintiff's Amended Complaint (ECF No.8) by thirty (30) days from the current deadline of August 13, 2018 up to and including September 12, 2018.

IT IS SO STIPULATED.

DATED this 15th day of August, 2018.                DATED this 15th day of August, 2018.

*/s/ Margaret A. McLetchie*                          */s/ Lawrence J. Semenza III, Esq.*
Margaret A. McLetchie, NBN 10931                     Lawrence J. Semenza III, Esq., NBN 7174
Alina M. Shell, NBN 11711                            Christopher D. Kircher, Esq., NBN 11176
**MCLETCHIE SHELL LLC**                              Jarrod L. Rickard, Esq., NBN 10203
701 East Bridger Avenue, Suite 520                   **SEMENZA KIRCHER RICKARD**
Las Vegas, NV 89101                                  10161 Park Run Drive, Suite 150
                                                     Las Vegas, NV 89145
*Attorneys for Plaintiff*

                                                     David B. Farkas, Esq. (Pro Hac Vice)
                                                     Carol Yur, Esq. (Pro Hac Vice)
                                                     **DLA PIPER LLP (US)**
                                                     2000 Avenue of the Stars,
                                                     Suite 400, North Tower
                                                     Los Angeles, CA 90067

                                                     *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

DATED August 17, 2018.

_____
U.S. DISTRICT COURT JUDGE

3