

| | |
|---|---|
| 1 | Margaret A. McLetchie, Nevada Bar No. 10931 |
| 2 | Alina M. Shell, Nevada Bar No. 11711 |
|   | MCLETCHIE SHELL LLC |
| 3 | 701 East Bridger Avenue, Suite 520 |
|   | Las Vegas, NV 89101 |
| 4 | Telephone: (702) 728-5300 |
|   | Fax: (702) 425-8220 |
| 5 | Email: maggie@nvlitigation.com |
| 6 | *Attorneys for Plaintiff* |

Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
MCLETCHIE SHELL LLC
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY SHAW, | Case. No.: 2:18-cv-00515-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| NP SANTA FE, LLC DBA SANTA FE STATION HOTEL & CASINO, a Nevada Limited Liability Company; STATION CASINOS, LLC, a Nevada Limited Liability Company; and RED ROCK RESORTS, INC., a Delaware corporation, | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff TONY SHAW ("Plaintiff") and Defendants NP SANTA FE, LLC DBA SANTA FE STATION HOTEL & CASINO, STATION CASINOS, LLC, AND RED ROCK RESORTS, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 9) Plaintiff's Amended Complaint (ECF No.8) filed on July 30, 2018 by an additional fourteen (14) days from the current deadline of September 12, 2018 (*see* ECF No. 20) up to and including September 26, 2018. This is the second stipulation for extension of time to file response.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

1

Counsel for Plaintiff initiated this request due to competing deadlines, including an emergency response brief in *Las Vegas Metropolitan Police Department v. Las Vegas Review-Journal*, Nevada Supreme Court Case No. 76848, due on September 10, 2018.

The parties are also actively discussing potential settlement resolution, and wish to avoid incurring unnecessary fees and costs.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 9) Plaintiff's Amended Complaint (ECF No.8) by an additional fourteen (14) days from the current deadline of September 12, 2018 (*see* ECF No. 20) up to and including September 26, 2018.

IT IS SO STIPULATED.

DATED this 11th day of September, 2018.　　DATED this 11th day of September, 2018.

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101

*Attorneys for Plaintiff*

*/s/ Lawrence J. Semenza III, Esq.*
Lawrence J. Semenza III, Esq., NBN 7174
Christopher D. Kircher, Esq., NBN 11176
Jarrod L. Rickard, Esq., NBN 10203
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

David B. Farkas, Esq. (Pro Hac Vice)
Carol Yur, Esq. (Pro Hac Vice)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars,
Suite 400, North Tower
Los Angeles, CA 90067

*Attorneys for Defendants*

### **ORDER**

IT IS SO ORDERED.

DATED September 12, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
U.S. DISTRICT COURT JUDGE

2