1 Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
2 **MCLETCHIE LAW**
3 701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
4 Telephone: (702) 728-5300
*Attorneys for Plaintiff*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONY SHAW, | Case. No.: 2:18-cv-00515-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| NP SANTA FE, LLC DBA SANTA FE STATION HOTEL & CASINO, a Nevada Limited Liability Company; STATION CASINOS, LLC, a Nevada Limited Liability Company; and RED ROCK RESORTS, INC., a Delaware corporation, | |
| Defendants. | |

Plaintiff TONY SHAW ("Plaintiff") and Defendants NP SANTA FE, LLC DBA SANTA FE STATION HOTEL & CASINO, STATION CASINOS, LLC, AND RED ROCK RESORTS, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

IT IS SO STIPULATED.

DATED this 29th day of January, 2019.  DATED this 29th day of January, 2019.

*/s/ Alina M. Shell*  */s/ David B. Farkas, Esq.*
Margaret A. McLetchie, NBN 10931   David B. Farkas, Esq. (Pro Hac Vice)
Alina M. Shell, NBN 11711   Carol Yur, Esq. (Pro Hac Vice)
**MCLETCHIE LAW**   **DLA PIPER LLP (US)**
701 East Bridger Avenue, Suite 520   2000 Avenue of the Stars,
Las Vegas, NV 89101   Suite 400, North Tower
*Attorneys for Plaintiff*   Los Angeles, CA 90067

Lawrence J. Semenza III, Esq., NBN 7174
Christopher D. Kircher, Esq., NBN 11176
Jarrod L. Rickard, Esq., NBN 10203
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated: February 4, 2019.

_____
U.S. DISTRICT COURT JUDGE



2